| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS, LLP |
| 2 | MARK D. POTTER, ESQ., SBN 166317 |
|   | RUSSELL C. HANDY, ESQ., SBN 195058 |
| 3 | 3405 Kenyon Street, Suite 502 |
|   | San Diego, Ca 92110-5008 |
| 4 | (619) 226-9010 |
|   | Fax (619) 226-9030 |
| 5 | Attorneys for Plaintiff, MARLINDA KLEINERT, |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLINDA KLEINERT, | Case No.: CV-F-04-6037 REC (DLB) |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |
| v. | |
| MHC OPERATING, LTD PARTNERSHIP, DBA QUAIL MEADOWS; and DOES 1 through 10, inclusive | |
| Defendants. | |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2                                    CENTER FOR DISABILITY ACCESS, LLP

3

4

5  Dated: _____            _____/s/ Mark D Potter_____
                                    Mark D. Potter
6                                   Attorney for Plaintiff

7

8

9                                   KREIG, KELLER, SLOAN, REILLEY & ROMAN,
10                                  LLP

11

12 Dated: _____            _____/s/ Tracy M Clements_____
                                    Kenneth E. Keller
13                                  Tracy M Clements
14                                  Attorneys for Defendant, MHC Operating, LTD.

15

16

17                                  /s/ ROBERT E. COYLE_____
   Dated  2/10/06                            ROBERT E. COYLE
18

PDF created with pdfFactory trial version www.pdffactory.com

CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3405 Kenyon Street, Suite 502
San Diego, Ca 92110-5008
(619) 226-9010
Fax (619) 226-9030

Attorneys for Plaintiff, MARLINDA KLEINERT,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLINDA KLEINERT,<br><br>       Plaintiff,<br><br>v.<br><br>MHC OPERATING, LTD PARTNERSHIP, DBA QUAIL MEADOWS; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No.: CV-F-04-6037 REC (DLB)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2                                    CENTER FOR DISABILITY ACCESS, LLP

5  Dated: _____           _____/s/ Mark D Potter_____
6                                    Mark D. Potter
                                     Attorney for Plaintiff

9                                    KREIG, KELLER, SLOAN, REILLEY & ROMAN,
10                                   LLP

12 Dated: _____           _____/s/ Tracy M Clements_____
13                                    Kenneth E. Keller
                                     Tracy M Clements
14                                   Attorneys for Defendant, MHC Operating, LTD.

17                                   /s/ ROBERT E. COYLE_____
   Dated  2/10/06                            ROBERT E. COYLE

1  CENTER FOR DISABILITY ACCESS, LLP
2  MARK D. POTTER, ESQ., SBN 166317
   RUSSELL C. HANDY, ESQ., SBN 195058
3  3405 Kenyon Street, Suite 502
   San Diego, Ca 92110-5008
4  (619) 226-9010
   Fax (619) 226-9030

5  Attorneys for Plaintiff, MARLINDA KLEINERT,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLINDA KLEINERT,<br><br>         Plaintiff,<br><br>v.<br><br>MHC OPERATING, LTD PARTNERSHIP, DBA QUAIL MEADOWS; and DOES 1 through 10, inclusive<br><br>         Defendants. | Case No.: CV-F-04-6037 REC (DLB)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///

///

///

STIPULATION FOR DISMISSAL       1 of 2       CV-F-04-6037 REC (DLB)

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2                                           CENTER FOR DISABILITY ACCESS, LLP

3

4

5  Dated: _____             ____/s/ Mark D Potter_____
                                     Mark D. Potter
6                                    Attorney for Plaintiff

7

8

9                                    KREIG, KELLER, SLOAN, REILLEY & ROMAN,
10                                   LLP

11

12 Dated: _____             ____/s/ Tracy M Clements_____
                                     Kenneth E. Keller
13                                   Tracy M Clements
14                                   Attorneys for Defendant, MHC Operating, LTD.

15

16

17                                   /s/ ROBERT E. COYLE_____
   Dated  2/10/06                              ROBERT E. COYLE
18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com